SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JILL M. PIETRINI (CA Bar No. 138335)
  jpietrini@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California  90067
Telephone:    (310) 228-3700
Facsimile:     (310) 228-3701

SHANNON S KING (CA Bar No. 233386)
  sking@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:    (415) 434-9100
Facsimile:     (415) 434-3947

Attorneys for Plaintiff
GERAWAN FARMING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| Gerawan Farming, Inc., | Case No. 11-cv-01273-LJO-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| Rehrig Pacific Company, and Does 1-10, inclusive,, | Date:         January 17, 2012<br>Time:         8:30 a.m.<br>Ctrm.:        4 (7th Floor)<br>Judge.:      Hon. Lawrence J. O'Neill |
| Defendants. | |
| | Complaint Filed:       July 29, 2011<br>Trial Date:                 Not set |

     Pursuant to Local Rule 230(f), plaintiff Gerawan Farming, Inc. ("Gerawan") and defendant Rehrig Pacific Company ("Rehrig") hereby stipulate, subject to the Court's approval, that the hearing on Defendant's Motion to Dismiss currently set for January 17, 2012 at 8:30 a.m. be continued to **January 24, 2012 at 8:30 a.m.**

     On December 9, 2011, Defendant filed a Motion to Dismiss noticed for hearing on January 17, 2012, at 8:30 a.m.  [*Docket No. 11*.]  Plaintiff filed its opposition brief on January 3, 2012. [*Docket No. 16*.]

-1-

1. The parties request a continuance of the hearing on the Defendant's Motion to Dismiss for scheduling reasons and unanticipated travel conflicts. The parties also note that the principals have recently agreed to meet in-person on January 23, 2012, and discuss this matter. This is the first extension of the Hearing on Defendant's Motion to Dismiss requested.

IT IS HEREBY STIPULATED by and between plaintiff and defendant, pursuant to Local Rule 230(f), that the hearing on Defendant's Motion to Dismiss be continued to January 24, 2012 at 8:30 a.m. Defendant may file its reply not less than seven days preceding the date of such continued hearing, pursuant to Local Rule 230(d).

Dated: January 10, 2012   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
By   /s/ *Shannon S. King*
         Shannon S. King

Attorneys for Plaintiff
Gerawan Farming, Inc.

Dated: January 10, 2012   SLATER HERSEY & LIEBERMAN LLP
By   /s/ *Jonathan P. Hersey (as authorized on 1/10/2012)*
         Jonathan P. Hersey

Attorneys for Defendant
Rehrig Pacific Company

**ORDER**

Pursuant to its practice, this Court will consider defendant's motion to dismiss on the record and:

1. VACATES the January 17, 2012 hearing; and
2. ORDERS defendants, no later than January 17, 2012, to file and serve reply papers

3.  with points and authorities limited to no more than 10 pages.

IT IS SO ORDERED.

Dated:  **January 10, 2012**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE