IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., | CASE NO. 1:11-CV-01273 LJO BAM |
| Plaintiff, | ORDER TO DISMISS CLAIMS |
| vs. | (Doc. 27) |
| REHRIG PACIFIC COMPANY, | |
| Defendant. | |

Based on Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court DISMISSES Plaintiff's claims for conversion, fraudulent concealment, unjust enrichment, and accounting.  The Clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   March 26, 2012**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE