IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERAWAN FARMING, INC.,

Plaintiff,

vs.

REHRIG PACIFIC COMPANY,

Defendant.

_______________________________/

Case No. 1:11-cv-01273 LJO BAM

ORDER ON PLAINTIFF'S RECONSIDERATION REQUEST

(Doc. 90.)

Plaintiff has filed a request for reconsideration of magistrate judge ruling in disobedience of Local Rule 303 and has improperly treated the request as a motion under Local Rule 230. As such, this Court:

1. VACATES the April 4, 2013 hearing improperly set by plaintiff;

2. ORDERS defendant, no later than March 15, 2013, to file opposition papers; and

3. ORDERS plaintiff to file no reply papers, unless this Court orders otherwise.

This Court will rule on the reconsideration request without a hearing, unless this Court orders otherwise. *See* Local Rule 303(e). This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated: March 8, 2013**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE