SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JILL M. PIETRINI (CA Bar No. 138335)
   jpietrini@sheppardmullin.com
JAMES E. CURRY (CA Bar No. 115769)
   jcurry@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701

MICHAEL MURPHY (CA Bar No. 234695)
   mmurphy@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone:   (858) 720-8900
Facsimile:   (858) 509-3691

THE LAW OFFICE OF MICHAEL P. MALLERY
MICHAEL P. MALLERY (CA Bar No. 116345)
7108 N. Fresno Street, Suite 450
Fresno, California 93720
Telephone:   (559) 787-2172
Facsimile:   (559) 787-2191

Attorneys for Plaintiff
GERAWAN FARMING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., <br><br>        Plaintiff, <br><br>  v. <br><br>REHRIG PACIFIC COMPANY, <br><br>        Defendant. | Case No. 1:11-CV-01273-LJO-BAM <br><br>**ORDER RE: PLAINTIFF GERAWAN FARMING, INC.'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF ITS MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF DEFENDANT REHRIG PACIFIC COMPANY'S PROFITS OR LOSSES OR DEDUCTIONS OF COSTS FROM GROSS REVENUE EARNED FROM SALE OF THE SECOND GENERATION HARVEST TOTE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS pursuant to Local Rule 141 and Paragraph 11 of the operative Protective Order, Plaintiff Gerawan Farming, Inc. ("Gerawan") requested that Exhibits E and F to the Declaration of Jill M. Pietrini submitted in support of its Motion in Limine No. 4 be filed under seal;

WHEREAS these documents have been submitted to the Court appended to Gerawan's Request to Seal Documents and paginated 1-13; and

WHEREAS Gerawan has established good cause for filing these documents under seal;

IT IS THEREFORE ORDERED that pages 1-13 of Gerawan's Request to Seal Documents are filed under seal.

IT IS SO ORDERED.

Dated:   **April 26, 2013**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

-1-