SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JILL M. PIETRINI (CA Bar No. 138335)
  jpietrini@sheppardmullin.com
JAMES E. CURRY (CA Bar No. 115769)
  jcurry@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701

MICHAEL MURPHY (CA Bar No. 234695)
  mmurphy@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone:   (858) 720-8900
Facsimile:   (858) 509-3691

THE LAW OFFICE OF MICHAEL P. MALLERY
MICHAEL P. MALLERY (CA Bar No. 116345)
7108 N. Fresno Street, Suite 450
Fresno, California  93720
Telephone:   (559) 787-2172
Facsimile:   (559) 787-2191

Attorneys for Plaintiff
GERAWAN FARMING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., <br><br> Plaintiff, <br><br> v. <br><br> REHRIG PACIFIC COMPANY, <br><br> Defendant. | Case No. 1:11-CV-01273-LJO-BAM <br><br> **ORDER GRANTING PLAINTIFF GERAWAN FARMING, INC.'S REQUEST TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS RESPONSE TO COURT'S MINUTE ORDER [DKT NO. 151] REQUESTING SUPPLEMENTAL BRIEFING** |

WHEREAS pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Civil Local Rule 141, and Paragraph 11 of the operative Protective Order, Plaintiff Gerawan Farming, Inc. ("Gerawan") requested that the Court seal the following documents or parts of documents:

- Paragraphs 19 and 20 of the *Declaration of Michael M. Murphy In Support Of Plaintiff Gerawan Farming, Inc.'s Response to Court's Minute Order [Dkt No. 151] Requesting Supplemental Briefing* ("Murphy Decl.");
- Exhibit T to the Murphy Decl.; and
- Exhibit U to the Murphy Decl.

WHEREAS these documents have been submitted to the Court appended to Gerawan's Request to Seal Documents; and

WHEREAS Gerawan has established good cause for filing these documents under seal;

IT IS THEREFORE ORDERED that the above-referenced documents are to be filed under seal.

IT IS SO ORDERED.

Dated:   **May 6, 2013**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING
GERAWAN FARMING, INC.'S
REQUEST TO SEAL DOCUMENTS