SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JILL M. PIETRINI (CA Bar No. 138335)
jpietrini@sheppardmullin.com
JAMES E. CURRY (CA Bar No. 115769)
jcurry@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

MICHAEL MURPHY (CA Bar No. 234695)
mmurphy@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

THE LAW OFFICE OF MICHAEL P. MALLERY
MICHAEL P. MALLERY (CA Bar No. 116345)
7108 N. Fresno Street, Suite 450
Fresno, California 93720
Telephone: (559) 787-2172
Facsimile: (559) 787-2191

Attorneys for Plaintiff
GERAWAN FARMING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

GERAWAN FARMING, INC.,

Plaintiff,

v.

REHRIG PACIFIC COMPANY,

Defendant.

Case No. 1:11-CV-01273-LJO-BAM

**ORDER RE: THE PARTIES' STIPULATED REQUEST RE: DEPOSITION OF PLAINTIFF'S DAMAGES EXPERT LARRY GORMAN**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS this Court issued an Order on May 13, 2013 requiring the further deposition of Larry Gorman, Plaintiff Gerawan Farming, Inc.'s ("Gerawan") damages expert, to proceed no later than Thursday, May 23, 2013, should defendant Rehrig Pacific Company ("Rehrig") notify Gerawan of its need to take Mr. Gorman's deposition;

WHEREAS Rehrig notified Gerawan of its desire to take the further deposition of Mr. Gorman on May 15, 2013; and

WHEREAS Mr. Gorman is available for deposition on Friday, May 24, 2013, Rehrig has no objection to the deposition going forward that day, and the parties have agreed that they are available that day for the deposition to proceed at Rehrig's counsel's offices in San Rafael, California;

IT IS THEREFORE ORDERED that the parties are granted leave from the Court's Order of May 13, 2013 as necessary in order to conduct the deposition of Mr. Gorman on Friday, May 24, 2013.

IT IS SO ORDERED.

Dated: **May 20, 2013**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE