1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   GERAWAN FARMING, INC.,                    Case No. 1:11-cv-01273 LJO BAM

10           Plaintiff,                        ORDER STRIKING DEFENDANT'S
                                              PROPOSED "CORRECTIVE" JURY
11      v.                                    INSTRUCTIONS

12   REHRIG PACIFIC COMPANY,
                                              (Doc. 188)
13           Defendant.

14   _____/

15          On May 28, 2013, Defendant Rehrig Pacific Company ("Defendant") filed three "corrective"

16   jury instructions in addition to eight other disputed jury instructions.  The Court will not consider the

17   three "corrective" jury instructions.  The final pretrial order limited each party to eight disputed jury

18   instructions and stated that without a prior order the Court will not consider the additional proposed

19   jury instructions.[1]  In addition, it is premature to consider corrective instruction, especially in light of

20   the Order that is being issued concurrently.  (see end of other order dealing with jury instructions).

21

22

23   IT IS SO ORDERED.

24      Dated:   __June 3, 2013__              ___/s/ Lawrence J. O'Neill__
                                              UNITED STATES DISTRICT JUDGE
25

26

27          [1] The final pretrial order stated that the court will disregard jury instructions past the first ten;
     however, it is evident from the rest of the order that the parties were actually limited to eight disputed
28   jury instructions.  (See Doc. 167 at 26.)

                                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28