1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   JILL M. PIETRINI (CA Bar No. 138335)
2      jpietrini@sheppardmullin.com
   JAMES E. CURRY (Cal. Bar No. 115769)
3      jcurry@sheppardmullin.com
   1901 Avenue of the Stars, 16th Floor
4  Los Angeles, California 90067
   Telephone:   (310) 228-3700
5  Facsimile:   (310) 228-3701

6  MICHAEL MURPHY (CA Bar No. 234695)
       mmurphy@sheppardmullin.com
7  Sheppard, Mullin, Richter & Hampton LLP
   12275 El Camino Real, Suite 200
8  San Diego, CA 92130-2006
   Telephone:   (858) 720-8900
9  Facsimile:   (858) 509-3691

10 THE LAW OFFICE OF MICHAEL P. MALLERY
   MICHAEL P. MALLERY, (CA Bar No. 116345)
11 7108 N. Fresno Street, Suite 450
   Fresno, California  93720
12 Telephone:   (559) 787-2172
   Facsimile:   (559) 787-2191

13
   Attorneys for Plaintiff
14 GERAWAN FARMING, INC.

15                  UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17                        FRESNO DIVISION

18

19

   GERAWAN FARMING, INC.,              | Case No. 1:11-CV-01273-LJO-BAM
20
            Plaintiff,                  | **STIPULATION**
21
        v.
22
   REHRIG PACIFIC COMPANY,
23
            Defendant.
24

25

26

27

28

SMRH:408591992.1

1

## STIPULATION & PROPOSED ORDER

2      Whereas the Court made a ruling on June 3, 2013, regarding Plaintiff's

3 common law unfair competition claim ("The Court will therefore allow Plaintiff's

4 common law unfair competition claim to proceed to trial only on the passing off

5 theory of liability") and offering "[i]f plaintiff believes that a trial would not be of any

6 positive consequence under this ruling and would prefer instead to appeal

7 immediately, it may file a stipulation entering judgment for appellate purposes . . ."

8 [*See* Dkt No. 204.]

9      The parties hereby stipulate:

10      Plaintiff's statutory unfair competition claim pursuant to California Business &

11 Professions Code, Section 17200 *et seq.*; and

12      Plaintiff's common law unfair competition claim on a theory of "passing off" as

13 that claim is described in the Court's Order set forth in Docket No. 204, are dismissed

14 with prejudice.

15      Plaintiff does not stipulate or dismiss its common law unfair competition claim

16 on any other theories.

17

18 SMRH:408591992.1

19

20

21

22

23

24

25

26

27

28

-1-

STIPULATION

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP

Dated:  June 3, 2013              By/s/ Jill M. Pietrini
                                          Jill M. Pietrini

                                          Attorneys for Plaintiff
                                          GERAWAN FARMING, INC.

Dated:  June 3, 2013              SLATER HERSEY & LIEBERMAN LLP

                                  By:/s/ Scott B. Lieberman

                                          Attorneys for Defendant
                                          REHRIG PACIFIC COMPANY

      This Court DISMISSES plaintiff's claims pursuant to the parties'

above stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:    **June 4, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

STIPULATION