SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JILL M. PIETRINI (CA Bar No. 138335)
    jpietrini@sheppardmullin.com
JAMES E. CURRY (Cal. Bar No. 115769)
    jcurry@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone:  (310) 228-3700
Facsimile:   (310) 228-3701

MICHAEL MURPHY (CA Bar No. 234695)
    mmurphy@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone:  (858) 720-8900
Facsimile:   (858) 509-3691

THE LAW OFFICE OF MICHAEL P. MALLERY
MICHAEL P. MALLERY, (CA Bar No. 116345)
7108 N. Fresno Street, Suite 450
Fresno, California  93720
Telephone:  (559) 787-2172
Facsimile:   (559) 787-2191

Attorneys for Plaintiff
GERAWAN FARMING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., <br><br> Plaintiff, <br><br> v. <br><br> REHRIG PACIFIC COMPANY, <br><br> Defendant. | Case No. 1:11-CV-01273-LJO-BAM <br><br> **STIPULATION and AMENDED ORDER** |

**STIPULATION & PROPOSED ORDER**

Whereas the Court made a ruling on June 3, 2013, regarding Plaintiff's common law unfair competition claim ("The Court will therefore allow Plaintiff's common law unfair competition claim to proceed to trial only on the passing off theory of liability") and offering "[i]f plaintiff believes that a trial would not be of any positive consequence under this ruling and would prefer instead to appeal immediately, it may file a stipulation entering judgment for appellate purposes . . ." [*See* Dkt No. 204.]

The parties hereby stipulate:

Plaintiff's statutory unfair competition claim pursuant to California Business & Professions Code, Section 17200 *et seq.*; and

Plaintiff's common law unfair competition claim on a theory of "passing off" as that claim is described in the Court's Order set forth in Docket No. 204, are dismissed with prejudice.

Plaintiff does not stipulate or dismiss its common law unfair competition claim on any other theories.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  June 3, 2013

By /s/ Jill M. Pietrini
  Jill M. Pietrini

  Attorneys for Plaintiff
  GERAWAN FARMING, INC.

-1-

STIPULATION

1 | Dated: June 3, 2013         SLATER HERSEY & LIEBERMAN LLP

2 |                              By:/s/ Scott B. Lieberman

3 |

4 |                              Attorneys for Defendant
                                 REHRIG PACIFIC COMPANY

5 |

6 |      This Court DISMISSES plaintiff's claims pursuant to the parties' above

7 | stipulation and DIRECTS the clerk to close this action.  This Court does not

8 |

9 | contemplate to take further action in this case unless requested by the parties.

10 |

11 |

12 |

13 | IT IS SO ORDERED.

14 |     Dated:   **June 4, 2013**              /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE
15 |

-2-

STIPULATION