UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>REHRIG PACIFIC COMPANY,<br><br>    Defendant.<br>_____/ | Case No. 1:11-cv-1273 LJO BAM<br><br>ORDER RE: PLAINTIFF'S REQUEST TO FILE A SUR-REPLY<br><br>(Doc. 224) |

On July 26, 2013, Plaintiff Gerawan Farming, Inc. ("Gerawan") filed a request to submit a sur-reply in the event that the Court considers arguments raised for the first time by Defendant Rehrig Pacific Company ("Rehrig") in its reply.[1]  Specifically, Gerawan takes issue with Rehrig's argument that Gerawan's decision to wait until 2011 to file its complaint and initiate this action is evidence of bad faith.  (See Doc. 222 at 3:5-14.)

The Court will not consider arguments raised for the first time in a reply brief.  See Zamani v. Carnes, 491 F.3d 990, 997 (9th Cir. 2007) ("[A] district court need not consider argument raised for the first time in a reply brief.") (citation omitted).  Therefore, it is not necessary for Gerawan to file a sur-reply and its request to do so is DENIED as moot.

IT IS SO ORDERED.

    Dated:  **July 30, 2013**                      /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Pending before the Court is Rehrig's motion for attorney fees and costs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28