UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., | Case No. 1:11-cv-1273 LJO BAM |
| Plaintiff, | JUDGMENT |
| v. | |
| REHRIG PACIFIC COMPANY, | |
| Defendant. | |

Judgment is hereby entered in accordance with the Court's orders filed on April 8, 2013 (Doc. 100) and June 4, 2013 (Doc. 211).

IT IS SO ORDERED.

Dated:   **January 14, 2014**          **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE