UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>REHRIG PACIFIC COMPANY,<br><br>            Defendant. | Case No. 1:11-cv-1273 LJO BAM<br><br>ORDER APPROVING PLAINTIFF'S RENEWED MOTION TO APPROVE ITS SUPERSEDEAS BOND AND TO STAY EXECUTION OF THE BILL OF COSTS<br><br>(Doc. 237) |

On December 12, 2013, Plaintiff Gerawan Farming Inc. ("Gerawan") proposed a supersedeas bond and moved to stay execution of the Bill of Costs until its appeal is resolved. Defendant Rehrig Pacific Company ("Rehrig") objected to the proposed bond on several grounds, including the bond's amount. By order filed January 13, 2014, the Court sustained all of Rehrig's objections and ordered Gerawan to submit a new supersedeas bond that corrected the deficiencies noted in the Court's order by no later than January 17, 2014.

On January 16, 2014, Gerawan filed a new supersedeas bond that corrects all the deficiencies previously objected to by Rehrig and sustained by the Court. (Doc. 237.) Accordingly, pursuant to Federal Rule of Civil Procedure 62(d), the Court APPROVES Gerawan's new supersedeas bond and orders a STAY of any execution of the Bill of Costs pending Gerawan's appeal of this matter.

IT IS SO ORDERED.

   Dated:   **January 17, 2014**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE