UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., | Case No. 1:11-cv-1273 LJO BAM |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| REHRIG PACIFIC COMPANY, | |
| Defendant. | |

Judgment is hereby entered in accordance with the Court's orders filed on March 2, 2012 (Doc. 25), April 8, 2013 (Doc. 100), and June 4, 2013 (Doc. 211). In addition, pursuant to the Court's order filed on January 17, 2014, Rehrig is entitled to $10,169.25 in attorney's fees (Doc. 240).

IT IS SO ORDERED.

Dated:  **January 17, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE