UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., | Case No. 1:11-cv-1273 LJO BAM |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SUPERSEDEAS BOND AND TO STAY EXECUTION OF ATTORNEYS' FEES |
| v. | |
| REHRIG PACIFIC COMPANY, | |
| Defendant. | (Doc. 243) |

In an order issued January 17, 2014, the Court awarded Defendant Rehrig Pacific Company ("Rehrig") $10,169.25 in attorney's fees. (Doc. 240.) In response, Plaintiff Gerawan Farming, Inc. ("Gerawan") filed a motion to approve a supersedeas bond and to stay execution of the Court's order awarding Rehrig attorney's fees pending its appeal. (Doc. 243.) Rehrig does not oppose the motion. (Doc. 250.) Accordingly, pursuant to Federal Rule of Civil Procedure 62(d), the Court APPROVES Gerawan's proposed bond and orders a STAY of any execution of the Court's order awarding Rehrig attorney's fees pending Gerawan's appeal.

IT IS SO ORDERED.

Dated:   **February 13, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE